AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of:
(Address or brief description of property or premises to be seized)

**SEIZURE WARRANT**

CASE NUMBER: 0 8 - 2 0 2 - M - 0 1

Any and all net sale proceeds from one 2005 Hummer, VIN#: 5GTDN136168301064, currently in the possession of the lien holder, United States Federal Credit Union, located at 2750 Eisenhower Avenue, Alexandria, Virginia 22314

TO: __Director, Federal Bureau of Investigation__, and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Debra L. LaPrevotte__ who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely: (describe the property to be seized)

> Any and all net sale proceeds from one 2005 Hummer, VIN#:5GTDN136168301064, currently in the possession of the lien holder, United States Federal Credit Union, located at 2750 Eisenhower Avenue, Alexandria, Virginia 22314

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAR 2 4 2008                          at Washington, D.C.
Date and Time Issued

_____          _John M. Facciola_____
Name and Title of Judicial Officer        Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>3/24/08 | DATE AND TIME WARRANT EXECUTED<br>3/24/08  4:00pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>USS-FCU - Jerry Dunne |
| INVENTORY MADE IN THE PRESENCE OF |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT |||

One check # 000432247, in the amount of $2,110.01.

FILED
MAY 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____        05-14-08
U S Judge or U S Magistrate Judge        Date